1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID OGDEN** | Case No. CIV-08-3128 EFB |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from August 3, 2009, to November 3, 2009.   This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through October of 2009.

/ / / /

/ / / /

/ / / /

1

Dated: August 3, 2009         /s/Bess M. Brewer
                              BESS M. BREWER
                              Attorney at Law

                              Attorney for Plaintiff


Dated: August 3, 2009         Lawrence G. Brown

                              Acting United States Attorney

                              /s/ Shea Lita Bond
                              SHEA LITA BOND

                              Special Assistant U.S. Attorney
                              Social Security Administration

                              Attorney for Defendant


**ORDER**

Given the length of the extension granted herein, the court is not inclined to grant any further requests for additional time absent a showing of substantial cause.

SO ORDERED.

DATED: August 4, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2